# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:04-CR-0301** |
| | : | |
| **v.** | : | |
| | : | |
| **ARTHUR GARCIA,** | : | |
| | : | **(Judge Conner)** |
| **Defendant** | : | |

## ORDER

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and the consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts the plea of Guilty to Count(s) _I and II_ of the Indictment. **IT IS ORDERED** that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report and that the case shall be listed for sentencing upon the court's receipt of the presentence report.

BY THE COURT:


S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated:  August 24, 2005